**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00335-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

FELIX J. CERVANTES,

 Defendant.
_____

**MINUTE ORDER TO DISCLOSE GRAND JURY MATERIAL**
_____
ENTERED BY JUDGE CHRISTINE M. ARGUELLO

 The Government's Motion to Disclose Grand Jury Material to Defendant (Doc. # 7) is GRANTED.  It is therefore

 ORDERED that the grand jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case. It is further

 ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

 DATED: August 6, 2009.