IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00335-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX J. CERVANTES,

    Defendant.

---

ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Doc. # 13) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for October 1, 2009 and the three-day jury trial set to commence on October 13, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than September 4, 2009 to set this matter for a Change of Plea Hearing.

DATED: August  31 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge