**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00335-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX J. CERVANTES,

    Defendant.

---

**ORDER VACATING CHANGE OF PLEA HEARING FOR
FAILURE TO FOLLOW COURT ORDER**

---

This matter is before the Court *sua sponte*. By Order dated September 10, 2009 (Doc. # 15), counsel for the parties in this matter were ordered to "deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than October 16, 2009." Counsel were warned that "<u>if these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>."

Because no paperwork has been received by Chambers to date, the Change of Plea Hearing currently set for October 23, 2009 at 2:30 p.m. is VACATED. Lead counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than <u>noon, October 23, 2009</u> to reset this Change of Plea Hearing.

DATED: October __21__, 2009     BY THE COURT:

                                              *Christine M. Arguello*
                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge