IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-0335-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FELIX J. CERVANTES

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. The Court, having read said Motion, and being fully advised in the premises, finds:

THAT the United States and Defendant entered into a Plea Agreement which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 924(d); and

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 924(d):

    One Ruger pistol, model P95DC, with serial number 313-00770, along with the magazine for that pistol, both of which were seized from Defendant on February 18, 2009.

THAT the United States, or its designated agent, is directed to seize and take custody of

the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within 30 days of the last date of publication, and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), in which all interests will be addressed.

SO ORDERED this 28th day of October, 2009.

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Court Judge